# United States Bankruptcy Court

## Middle District of Georgia

In re:

  Daniel Patrick Kavanagh                          Melinda Lee Kavanagh
  709 Nicole Court                                709 Nicole Court
  Monroe, GA 30655                          Monroe, GA 30655
Debtor(s)

Case No. 08–30199 jdw

Chapter 7

NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF

COURSE IN PERSONAL FINANCIAL MANAGEMENT (Official Form 23)

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. Section 727). Pursuant to Rule 1007(b)(7) of the Interim Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)* as described in 11 U.S.C. Section 111.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 23 must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 23 within 45 days after the first date set for the meeting of creditors under Section 341. Chapter 13 debtors are urged to take the course and file the certificate as soon as possible but not later than the last payment made by the debtor as required by the plan. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

Date: 5/20/08

William E. Tanner

United States Bankruptcy Court

---

*NOTE: Official Interim Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Interim Rule 1007(b)(7).