# United States Bankruptcy Court

## Middle District of Georgia

In re:

| | |
|---|---|
| Daniel Patrick Kavanagh<br>709 Nicole Court<br>Monroe, GA 30655 | Melinda Lee Kavanagh<br>709 Nicole Court<br>Monroe, GA 30655 |

Debtor(s)

Case No. 08–30199 jdw

Chapter 7

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

    the current and any former case or interim trustee is discharged as trustee of the estate of the

    above named debtor and the bond is cancelled;

    the case of the above named debtor(s) is closed.

Dated: 6/5/08

/s/ James D. Walker Jr.
United States Bankruptcy Judge